George A. Treadwell, Respondent, v. William A. Clark, Appellant, Impleaded with Others.

*Treadwell v. Clark*, 124 App. Div. 256. appeal dismissed.
(Argued March 31, 1908; decided April 7, 1908.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1908, which affirmed an order of Special Term denying a motion to vacate a judgment.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction of the appeal inasmuch as it is not

from a final order in a special proceeding but from one which was purely discretionary, and that permission to appeal had not been obtained.

*Charles B. Demond* for motion.

*Alfred M. Cruikshank* opposed.

Motion granted and appeal dismissed, with costs.